AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

JESSICA BURCIAGA, EVA PEPAJ,
and LEILANI DOWDING

*Plaintiff(s)*

v.

GOLD CLUB TAMPA, INC. d/b/a TAMPA GOLD
CLUB d/b/a GOLD CLUB TAMPA
and MICHAEL TOMKOVICH

*Defendant(s)*

Civil Action No. 8:16-cv-790-T-27 JSS

RECEIVED 2016 APR -1 PM 12:30 CLERK U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOLD CLUB TAMPA, INC. d/b/a TAMPA GOLD CLUB d/b/a GOLD CLUB TAMPA
c/o MICHAEL TOMKOVICH, Registered Agent
2973 MAYPORT RD.
JACKSONVILLE, FL 32233

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE CASAS LAW FIRM, P.C.
Brickell Bayview Center
80 S. W. 8th Street, Suite 2000
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/01/2016

*Signature of Clerk or Deputy Clerk*