UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSICA BURCIAGA, et al.,

    Plaintiffs,

vs.                                                Case No. 8:16-cv-790-T-27JSS

GOLD CLUB TAMPA, INC., et al.,

    Defendants/Third Party Plaintiffs,

vs.

SHAWN A. HOPPER, individually, operating
under fictitious name of INFINITY GRAPHICS
AND DESIGN

    Third Party Defendant.
_____/

## ORDER ON SUGGESTION OF BANKRUPTCY

**BEFORE THE COURT** is Third Party Defendant's Suggestion of the Pendency of Bankruptcy Proceedings Under Chapter 13 of the Bankruptcy Code (Dkt. 66). Upon consideration, this action is **STAYED** as to Third Party Defendant Shawn A. Hopper. *See* 11 U.S.C. § 362(a). The Clerk is directed to terminate Hopper's Motion to Dismiss Third Party Complaint (Dkt. 46) without prejudice.

**DONE AND ORDERED** this 29th day of June, 2017.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to:
Counsel of Record